**Order filed April 17, 2014**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00176-CV
_____

**IN THE ESTATE OF BILLIE LEE MARTIN, DECEASED, Appellant**

**V.**

**KIM OPPENHEIN AND RACHEL MARTIN, Appellee**

**On Appeal from the County Court at Law
Waller County, Texas
Trial Court Cause No. P09-52**

## ORDER

On January 7, 2014, this court issued the following order:

The supplemental clerk's record was filed November 22, 2013. Appellant filed a motion to correct and supplement the clerk's record. The record does not contain:

• James Raymond's Notice of Appeal, filed August 3, 2012;

• 13 Applications to Pay Appointee Fees, filed on May 22, 2012;

• 13 Orders to Pay Appointees Fees, signed on September 25, 2012;

• James Raymond's Request for Preparation of the Clerk's Record (in connection with the December 21, 2012 Notice of Appeal)); and

• A complete copy of Court's Docket Sheet.

The Waller County District Clerk is directed to file a supplemental clerk's record on or before February 7, 2014, containing the above-listed items. The Clerk is further directed to correct the Supplemental Clerk's Record index, pagination, and electronic bookmarks to conform with 14th Court of Appeals Local Rule 2.2.b.

If the omitted items are not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted items are not a part of the case file.

As of today, this court has not received the supplemental clerk's record. Accordingly, the Waller County District Clerk is directed to file the supplemental clerk's record on or before May 15, 2014.

PER CURIAM